**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1989**

_____

SEAN SHALLOW,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; OCTAPHARMA PLASMA, INC.,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:20-cv-00389-AWA-LRL)

_____

Submitted:  January 20, 2022                        Decided:  January 24, 2022

_____

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sean Shallow, Appellant Pro Se.  Christopher Kendal Jones, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Shallow appeals the district court's order dismissing his civil action and denying relief on his related motions.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Shallow v. United States*, No. 2:20-cv-00389-AWA-LRL (E.D. Va. Aug. 16, 2021).  We deny Shallow's motion for summary judgment and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*